# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    )<br>                                                                )<br>                **Plaintiff,**           )<br>                                                                )<br>         vs.                                                  )<br>                                                                )<br>**ADOLFO SOLORIO,**                        )<br>                                                                )<br>                **Defendant.**         ) | **8:04CR403**<br><br>**TRIAL ORDER** |
| **UNITED STATES OF AMERICA,**    )<br>                                                                )<br>                **Plaintiff,**           )<br>                                                                )<br>         vs.                                                  )<br>                                                                )<br>**ADOLFO SOLORIO-TAFOLLA,**       )<br>                                                                )<br>                **Defendant.**         ) | **8:06CR302**<br><br>**TRIAL ORDER** |

These cases have been consolidated for trial and were set to be tried the week of January 15, 2007. Defendant requests a continuance to prepare for trial and has filed a waiver of speedy trial in accordance with NECrimR 12.1. Upon review of defendant's motion, the court will grant a final continuance to January 30, 2006.

**IT IS ORDERED**:

1. Trial of the above-entitled cases is continued to **Tuesday, January 30, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. This is a final continuance.

3. In accordance with 18 U.S.C. § 3161(h)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the

time between **January 16, 2007 and January 30, 2007** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED January 4, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**